# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Leidos, Inc. | ) | ASBCA Nos. 60100, 60239 |
| | ) | |
| Under Contract No. W58RGZ-13-C-0134 | ) | |

APPEARANCES FOR THE APPELLANT:

Shelly L. Ewald, Esq.
Eric M. Liberman, Esq.
  Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
  McLean, VA

APPEARANCES FOR THE GOVERNMENT:

Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
MAJ Christopher C. Cross, JA
  Trial Attorney

## ORDER OF DISMISSAL

By status report filed on 27 January 2017, the parties have informed the Board that they have settled these appeals and jointly moved for their dismissal with prejudice. Accordingly, they are dismissed from the Board's docket with prejudice.

Dated: 31 January 2017

J. REID PROUTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60100, 60239, Appeals of Leidos, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals